```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

United States of America

    v.                                                            2:16-cr-23-1

Daymond Reese

<u>ORDER</u>

      There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 29) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to Count 3 of the indictment, and he is hereby adjudged guilty on that count.  The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: July 13, 2016                     <u>     s\James L. Graham     </u>
                                                      James L. Graham
                                                      United States District Judge